# Court of Appeals
# of the State of Georgia

ATLANTA,  May 08, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1678. JOEY JONES v. THE MUNICIPAL COURT OF THE CITY OF ATLANTA.**

In 1997, Joey Jones pled guilty to driving offenses in the Municipal Court of Atlanta. In 2017, he filed a motion seeking an out-of-time appeal or to set aside his plea. The municipal court denied the motion, and Jones filed a petition for writ of certiorari in the superior court. On October 18, 2019, the superior court entered an order dismissing the petition as untimely. Jones filed a motion for reconsideration, which the superior court denied. On January 15, 2020, Jones filed a notice of appeal from the denial of the motion for reconsideration. We lack jurisdiction for two reasons.

First, under OCGA § 5-6-35 (a) (1), "[a]ppeals from the decisions of the superior courts reviewing decisions of . . . lower courts by certiorari or de novo proceedings" must be made by filing an application for discretionary appeal in this Court.  See *Consolidated Govt. of Columbus v. Barwick*,  274 Ga. 176, 177 (1) (549 SE2d 73) (2001). This procedure must be followed even where the superior court dismisses the certiorari petition. See *Brewer v. Bd. of Zoning Adjustment of Atlanta*, 170 Ga. App. 351, 351 (317 SE2d 327) (1984). Accordingly, Jones was required to file a discretionary application in order to appeal the superior court's ruling.

Second, the denial of a motion for reconsideration is not directly appealable, and the filing of such a motion does not extend the time for filing an appeal. See *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000); *Savage v. Newsome*, 173 Ga. App. 271, 271 (326 SE2d 5) (1985). Thus, even if Jones had a right of direct appeal, his failure to file a notice of appeal within 30 days of the superior court's

October 18, 2019 order would deprive us of jurisdiction. See OCGA § 5-6-38 (a) (notice of appeal must be filed within 30 days of appealable ruling). For these reasons, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,   05/08/2020*
    *I certify that the above is a true extract from* *the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court* *hereto affixed the day and year last above written.*

_____ *, Clerk.*